# EXHIBIT 1

Clerk of the Superior Court
*** Electronically Filed ***
N. Marruffo, Deputy
4/14/2022 3:08:07 PM
Filing ID 14182898

**ZACHAR LAW FIRM, P.C.**
PO Box 47640
Phoenix, Arizona 85020
(602) 494-4800
Christopher J. Zachar   #014711
czachar@zacharlaw.com

Attorney for the Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| **ROBERT PATTERSON**, an adult individual,<br><br>Plaintiff,<br><br>vs.<br><br>**KOHL'S, INC.**, a foreign corporation; **JOHN DOES I – X; JANE DOES I – X; ABC PARTNERSHIPS I – X and XYZ CORPORATIONS I – X**,<br><br>Defendants. | No.: CV2022-051164<br><br>**COMPLAINT**<br><br>(Tort: Non-Motor Vehicle; Premises Liability; Negligence)<br><br>Tier2 |

NOW COMES Plaintiff Robert Patterson, by and through undersigned counsel, and for his Complaint against the Defendant alleges as follows:

1. Plaintiff Robert Patterson is an adult individual presently residing in Maricopa County, Arizona.

2. Defendant Kohls, Inc. (hereinafter "Kohl's") is a foreign corporation doing business in Maricopa County, Arizona.

3. Defendants John Does I – X and Jane Does I – X are fictitious persons whose identities are unknown to Plaintiff, but whose conduct may have caused or

-1-

contributed to Plaintiff's damages herein. Plaintiff reserves the right to amend the pleadings with the names of said persons(s) once their identities become known.

4. Defendants ABC Partnerships I – X and XYZ Corporations I – X are fictitious entities whose identities are unknown to Plaintiff, but whose conduct may have caused or contributed to Plaintiff's damages herein. Plaintiff reserves the right to amend the pleadings with the names of said entities once their identities become known.

5. All acts and transactions alleged herein occurred in Maricopa County, Arizona.

6. On June 8, 2021, Plaintiff Robert Patterson was a business invitee at the Kohl's department store located at 1632 S. Signal Butte Road in Mesa, Arizona.

7. As Mr. Patterson was walking on the sidewalk leading into the store, he fell on an uneven surface.

8. As a result of the fall, Plaintiff suffered serious injuries.

9. On and prior to June 8, 2021, a dangerous condition existed at the Kohl's located at 1632 S. Signal Butte Rd., in Mesa, Arizona.

10. Defendant Kohl's had a duty to business invitees such as Plaintiff to manage and maintain the property in a reasonably safe condition.

11. Defendant Kohl's and its employees knew of or should have known of the dangerous condition with sufficient time to warn Plaintiff and/or provide a remedy for the dangerous condition.

12. Defendant Kohl's and its employees failed to maintain and/or remedy the dangerous condition in a timely manner.

13. Defendant Kohl's and its employees failed to protect or safeguard the dangerous condition to prevent unsuspecting business invitees such as Plaintiff from coming into contact with the dangerous condition and being injured.

14. Defendant Kohl's and its employees failed to alert or warn business invitees such as Plaintiff of the dangerous condition that existed on the sidewalk outside the store.

ZACHAR LAW FIRM, P.C.
PO Box 47640
Phoenix, Arizona 85020

15. Defendant Kohl's and its employees failed to utilize any available devices (such as tape cautioning off the area, cones, etc.) to alert or warn business invitees such as Plaintiff of the dangerous condition.

16. Defendant Kohl's and its employees had a duty to guests and business invitees such as Plaintiff to keep the premises safe and to maintain them in such a way as to avoid causing injuries and damages to guests and business invitees.

17. Defendant Kohl's and its employees had a duty to guests and business invitees such as Plaintiff to remedy, safeguard and/or warn business invitees of dangerous conditions existing on the premises.

18. Defendant Kohl's and its employees breached the aforementioned duties.

19. As a direct and proximate result of the negligence of Defendant Kohl's and/or its employees, Plaintiff Robert Patterson sustained serious physical injuries, for which he has incurred medical expenses, lost wages and other pecuniary damages.

WHEREFORE, Plaintiff seeks judgment against Defendant as follows:

A. For Plaintiff's special damages, in amounts to be proven at trial and in amounts sufficient to satisfy the jurisdictional requirements of this Court;

B. For Plaintiff's general damages, in amounts to be proven at trial;

C. For Plaintiff's reasonable costs incurred herein; and

D. For such other and further relief as this Court deems just and proper.

DATED this 14th day of April, 2022.

/s/ Christopher J. Zachar
Christopher J. Zachar
Attorney for the Plaintiff

ZACHAR LAW FIRM, P.C.
PO Box 47640
Phoenix, Arizona 85020

# EXHIBIT 2

TAMMY TINDALL
Process Server License No. MC-8300
602-463-0607



CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #2
DOCUMENT DEPOSITORY

2022 MAY 17 AM 9:49

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

**FILED**
BY F. Garza, DEP

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| **ROBERT PATTERSON,** an adult individual, | No.: CV2022-051164 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| **KOHL'S, INC.,** a foreign corporation; **JOHN DOES I – X; JANE DOES I – X; ABC PARTNERSHIPS I – X** and **XYZ CORPORATIONS I – X,** | |
| Defendants. | |

Tammy Tindall declares and states that I am fully qualified under ARCP 4(d), 4(c) and 45 (d) to serve process in this case; having been appointed by the Court in Maricopa County Arizona and that on May 5, 2022, I received from Christopher J. Zachar, Attorney for the Plaintiff, instruments, and documents described as:

**SUMMONS; COMPLAINT;
CERTIFICATE OF COMPULSORY ARBITRATION**

Pursuant to the above-entitled action; I personally served a true copy of these documents upon **Kohl's, Inc.** by serving said documents upon the statutory agent, Corporate Creations Network, by handing said documents to Christie Garrett, Office Specialist, a person authorized to accept service, at the following address, 3260 North Hayden Road #210, Scottsdale, Maricopa County, Arizona 85251 on May 13, 2022 at 12:30 p.m.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration is executed on May 13, 2022 at Phoenix, Arizona.

*Tammy Tindall*
Tammy Tindall, Certified Officer Superior Court

# EXHIBIT 3

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
N. Marruffo, Deputy
4/14/2022 3:08:07 PM
Filing ID 14182901

Person/Attorney Filing: Christopher Zachar
Mailing Address: P. O. Box 47640
City, State, Zip Code: Phoenix, AZ 85020
Phone Number: (602)494-4800
E-Mail Address: czachar@zacharlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 014711, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Robert Patterson
Plaintiff(s),
v.
Kohl's, Inc.
Defendant(s).

Case No. CV2022-051164

**SUMMONS**

To: Kohl's, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *April 14, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *NAOMI MARRUFFO*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
N. Marruffo, Deputy
4/14/2022 3:08:07 PM
Filing ID 14182900

Person/Attorney Filing: Christopher Zachar
Mailing Address: P. O. Box 47640
City, State, Zip Code: Phoenix, AZ 85020
Phone Number: (602)494-4800
E-Mail Address: czachar@zacharlaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 014711, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Robert Patterson
Plaintiff(s),
v.
Kohl's, Inc.
Defendant(s).

Case No. CV2022-051164

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Christopher Zachar /s/
**Plaintiff/Attorney for Plaintiff**

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
N. Marruffo, Deputy
4/14/2022 3:08:07 PM
Filing ID 14182899

**Plaintiff's Attorney:**

Christopher Zachar
Bar Number: 014711, issuing State: AZ
Law Firm: Zachar Law Firm
P. O. Box 47640
Phoenix, AZ 85020
Telephone Number: (602)494-4800
Email address: czachar@zacharlaw.com

CV2022-051164

**Plaintiff:**

Robert Patterson

**Defendant:**

Kohl's, Inc.

Discovery Tier t2

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Premises Liability

AZTurboCourt.gov Form Set #6720025

Civil Cover Sheet
Page 1 of 1

**THORPE SHWER, P.C.**
André H. Merrett (020889)
Lorena C. Van Assche (025408)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: amerrett@thorpeshwer.com
Email: lvanassche@thorpeshwer.com
Email: docket@thorpeshwer.com
*Attorneys for Kohl's, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF ARIZONA**

| | |
|---|---|
| Robert Patterson, | NO. |
| Plaintiff, | **VERIFICATION OF RECORD** |
| v. | |
| Kohl's, Inc., a Delaware corporation; John Does I-X; Jane Does I-X; ABC Partnerships I-X; and XYZ Corporations I-X, | |
| Defendants. | |

**DECLARATION OF LORENA C. VAN ASSCHE**

LORENA C. VAN ASSCHE, upon oath, declares as follows:

1. I am a partner with the law firm Thorpe Shwer, P.C., attorneys for Defendant Kohl's, Inc.

2. On April 14, 2022, Plaintiff Robert Patterson commenced this action in the Superior Court for the State of Arizona in and for Maricopa County, Case No. CV2022-051164 (the "State Court Action").

3. True and correct copies of all pleadings and other documents filed in the State Court Action are attached to Defendant's Notice of Removal as Exhibits 1 and 3.

DATED this 10th day of June 2022.

_____
Lorena C. Van Assche

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2022, I served the attached document by electronic mail and U.S. Mail on the following:

Christopher J. Zachar
ZACHAR LAW FIRM, P.C.
P.O. Box 47640
Phoenix, AZ 85020
czachar@zacharlaw.com
*Attorneys for Plaintiff*

/s/ Brandi Kline
Legal Assistant

2

# **EXHIBIT 4**



Select Language

Powered by Google Translate

# Civil Court Case Information - Case History

## Case Information
Case Number:   CV2022-051164        Judge:      Agne, Sara
File Date:     4/14/2022            Location:   Northeast
Case Type:     Civil

## Party Information
| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Robert Patterson | Plaintiff | Male | Christopher Zachar |
| Kohls Inc | Defendant | | Pro Per |

## Case Documents
| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 5/17/2022 | AFS - Affidavit Of Service | 5/21/2022 | |

**NOTE:** KOHLS INC

| | | | |
|---|---|---|---|
| 4/14/2022 | COM - Complaint | 4/14/2022 | |

**NOTE:** Complaint

| | | | |
|---|---|---|---|
| 4/14/2022 | CSH - Coversheet | 4/14/2022 | |

**NOTE:** Civil Cover Sheet

| | | | |
|---|---|---|---|
| 4/14/2022 | CCN - Cert Arbitration - Not Subject | 4/14/2022 | |

**NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To

| | | | |
|---|---|---|---|
| 4/14/2022 | SUM - Summons | 4/14/2022 | |

**NOTE:** Summons

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**