**THORPE SHWER, P.C.**
André H. Merrett (No. 020889)
Lorena C. Van Assche (No. 025408)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: docket@thorpeshwer.com
Email: amerrett@thorpeshwer.com
Email: lvanassche@thorpeshwer.com
*Attorneys for Kohl's, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Patterson, | Case No.: 2:22-cv-01012-CDB |
| Plaintiff, | **ANSWER** |
| v. | |
| Kohl's Inc., a Delaware corporation; John Does I-X; Jane Does I-X; ABC Partnerships I-X; and XYZ Corporations I-X, | |
| Defendants. | |

Defendant Kohl's, Inc. ("Kohl's"), for its Answer to Plaintiff's Complaint alleges and states as follows:

1. Kohl's lacks sufficient information upon which to admit or deny the allegations in ¶ 1 of the Complaint and, therefore, denies the same.

2. Kohl's admits the allegation in ¶ 2 of the Complaint.

3. Kohl's lacks sufficient information upon which to admit or deny the allegations in ¶ 3 of the Complaint and, therefore, denies the same.

4. Kohl's lacks sufficient information upon which to admit or deny the allegations in ¶ 4 of the Complaint and, therefore, denies the same.

5. Kohl's admits that this action arises out of acts that Plaintiff alleges occurred in Maricopa County, Arizona.

6. Kohl's lacks sufficient information upon which to admit or deny the

9293940

allegations in ¶ 6 of the Complaint and, therefore, denies the same.

7. Kohl's admits that Mr. Patterson fell on the sidewalk outside of the Kohl's store located at 1632 South Signal Butte Road in Mesa, Arizona. Kohl's lacks sufficient information upon which to admit or deny the remaining allegations in ¶ 7 of the Complaint and, therefore, denies the same.

8. Kohl's lacks sufficient information upon which to admit or deny the allegations in ¶ 8 of the Complaint and, therefore, denies the same.

9. Kohl's lacks sufficient information upon which to admit or deny the allegations in ¶ 9 of the Complaint and, therefore, denies the same.

10. Kohl's admits that it generally has a duty to manage and maintain its premises in a reasonably safe condition. Kohl's lacks sufficient information upon which to admit or deny the remaining allegations in ¶ 10 of the Complaint and, therefore, denies the same.

11. Kohl's lacks sufficient information upon which to admit or deny the allegations in ¶ 11 of the Complaint and, therefore, denies the same.

12. Kohl's lacks sufficient information upon which to admit or deny the allegations in ¶ 12 of the Complaint and, therefore, denies the same.

13. Kohl's lacks sufficient information upon which to admit or deny the allegations in ¶ 13 of the Complaint and, therefore, denies the same.

14. Kohl's lacks sufficient information upon which to admit or deny the allegations in ¶ 14 of the Complaint and, therefore, denies the same.

15. Kohl's lacks sufficient information upon which to admit or deny the allegations in ¶ 15 of the Complaint and, therefore, denies the same.

16. Kohl's lacks sufficient information upon which to admit or deny the allegations in ¶ 16 of the Complaint and, therefore, denies the same.

17. Kohl's lacks sufficient information upon which to admit or deny the allegations in ¶ 17 of the Complaint and, therefore, denies the same.

18. Kohl's lacks sufficient information upon which to admit or deny the allegations in ¶ 18 of the Complaint and, therefore, denies the same.

19. Kohl's lacks sufficient information upon which to admit or deny the allegations in ¶ 19 of the Complaint and, therefore, denies the same.

20. Kohl's denies any allegation in the Complaint not expressly admitted herein.

## AFFIRMATIVE DEFENSES

Kohl's asserts the following affirmative defenses.

1. Kohl's did not breach any legal duty owed to Plaintiff.

2. Kohl's actions did not cause Plaintiff's alleged damages, if any.

3. If Plaintiff has been damaged, which Kohl's denies, any recovery by Plaintiff is barred to the extent Plaintiff voluntarily exposed himself to a known risk and/or failed to mitigate his alleged damages.

4. If Plaintiff has been damaged, which Kohl's denies, such damages were only sustained after Plaintiff knowingly and voluntarily assumed and incurred the risk of such injury, loss, and damages.

5. Plaintiff failed to exercise ordinary care for his own safety such that Plaintiff is not entitled to recover.

6. If Plaintiff suffered any damages or injuries, which Kohl's denies, Plaintiff's recovery is barred, in whole or in part by, or subject to reduction under the doctrine of comparative negligence.

7. If Plaintiff has been damaged, which Kohl's denies, the negligence or fault of Plaintiff constitutes the sole, intervening, and/or superseding cause of Plaintiff's alleged damages.

8. If Plaintiff has been damaged, which Kohl's denies, such damages were caused by unforeseeable, independent, intervening, and/or superseding events for which Kohl's is not legally responsible.

9. If Plaintiff suffered the damages alleged, which Kohl's denies, such damages were caused by the intentional misconduct, negligence, carelessness or recklessness of others and not that of Kohl's.

3

10. If Plaintiff has been damaged, which Kohl's denies, Plaintiff's recovery, if any, must be apportioned according to the relative fault of all parties or other persons, including Plaintiff.

11. Kohl's reserves the right to amend this Answer and/or to assert additional defenses to the extent warranted by additional facts and the applicable law.

**WHEREFORE**, Kohl's, Inc., having answered Plaintiff's Complaint in its entirety, hereby prays for judgment in its favor as follows:

A. That the Complaint be dismissed in its entirety and that Plaintiff take nothing thereby; and

B. For such other and further relief as the Court deems just and proper.

DATED this 17th day of June, 2022.

**THORPE SHWER, P.C.**

By */s/ Lorena C. Van Assche*
André H. Merrett
Lorena C. Van Assche
*Attorneys for Kohls, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June, 2022, I served the attached document by electronic mail and U.S. Mail on the following:

>Christopher J. Zachar
>ZACHAR LAW FIRM, P.C.
>P.O. Box 47640
>Phoenix, AZ 85020
>czachar@zacharlaw.com
>*Attorneys for Plaintiff*

/s/ Brandi Kline
Legal Assistant